IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–00652–EWN–MJW

GLENN CURTIS,

    Plaintiff,

v.

HENRY MERRITT PAULSON,

    Defendant.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation that Action be Dismissed Due to Plaintiff's Failure to Appear, Failure to Comply with Court Orders, and Failure to Prosecute" filed May 16, 2007. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. This action is dismissed pursuant to Fed. R. Civ. P. 16(f) and 41(b) based upon Plaintiff's failure to prosecute, failure to appear, and repeated failure to comply with court orders.

DATED this 12th day of July, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge